**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES S.A. and DR. REDDY'S LABORATORIES, INC.,<br><br>   Defendants. | Civil Action No. 17-7111 (KM)(CLW)<br>Civil Action No. 18-1775 (KM)(CLW)<br>Civil Action No. 18-5288 (KM)(CLW)<br>(Consolidated)<br><br>**PROCEDURAL ORDER** |

**IT IS** this 18th day of December, 2018

**ORDERED** as follows:

1. The court denied an emergent letter request to increase the amount of bond pending appeal, and ordered that any such application be heard on the regular motion schedule. (DE 204) Defendants complied with that directive and promptly filed their motion on December 7, 2018. That being the case, I will deny plaintiffs' December 14, 2018 letter request (DE 209) for an extension of the briefing schedule on that motion. This issue has been aired more than once, and no party's holiday plans need be disrupted by adherence to the usual schedule.

2. The letter request (DE 207) to adjourn deadlines for *Markman* submissions is granted to the following extent: The current deadline is adjourned, and upon issuance of the Court of Appeals' mandate,

counsel shall forthwith arrange a conference with the Magistrate Judge to reschedule those deadlines.

/s/ Kevin McNulty

Hon. Kevin McNulty
United States District Judge