

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

December 31, 2019

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

> Re: *Indivior Inc., et al. v. Dr. Reddy's Laboratories S.A., et al.*, Civ. No. 17-7111
> *Indivior Inc., et. al. v. Alvogen Pine Brook LLC*, Civ. No. 17-7106

Dear Judge Waldor:

This firm, together with Covington & Burling LLP and Steptoe & Johnson LLP, represents plaintiffs Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc. (collectively, "Plaintiffs") in the above-captioned consolidated matters.

We write to respectfully request an additional two-week extension, to January 17, 2020, of the deadline to answer or otherwise respond to the amended Answers and Counterclaims filed by Defendants Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") and by Alvogen Pine Brook LLC ("Alvogen," together with DRL, "Defendants"). (D.I. 301.)[1][2] As Your Honor is aware, On December 4, 2019, Plaintiffs submitted a letter to Your Honor requesting a stay of the deadline to answer Defendants' amended counterclaims and related discovery and, yesterday, Plaintiffs submitted a letter to Judge McNulty seeking his guidance on these issues and any potential motion practice. We have requested Defendants' consent to this extension request, and DRL does not consent and Alvogen has not responded to our request. Accordingly, to allow the Court adequate time to consider these requests, and in light of the holiday and impending deadlines, we respectfully request that Your Honor sign and enter the below form of endorsement on the respective dockets.

Thank you for Your Honor's kind attention to these matters.

---

[1] Plaintiffs refer to docket entries only in Civil Action No. 17-7111 unless otherwise noted.
[2] Pursuant to Your Honor's December 19 Order, Plaintiffs' answers to Alvogen's and DRL's counterclaims are due on January 3, 2020.

Hon. Cathy L. Waldor, U.S.M.J.
December 31, 2019
Page 2

                                                                Respectfully yours,

                                                                *William C. Baton*

                                                                 William C. Baton

cc:  Hon. Kevin McNulty, U.S.D.J. (via ECF)
     All Counsel (via e-mail)

SO ORDERED:


  *//s Cathy L. Waldor*                                         **DATED**: 1/2/2020
_____
Hon. Cathy L. Waldor, U.S.M.J.