

Lerner David Littenberg
Krumholz & Mentlik LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Aaron S. Eckenthal**
908.518.6370
aeckenthal@lernerdavid.com

March 23, 2021

**Document Filed Electronically**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Indivior Inc. et al. v. Dr. Reddy's Laboratories S.A., et al.*
            Civ. A. Nos. 2:17-cv-7111, 2:18-cv-1775, 2:18-cv-5288-KM-CLW
            **Consolidated Civil Action No. 17-7111**

            *Indivior Inc. et al. v. Alvogen Pine Brook LLC*
            Civ. A. Nos. 2:17-cv-7106, 2:18-cv-5285-KM-CLW
            **Consolidated Civil Action No. 17-7106**

Dear Magistrate Judge Waldor:

       This firm, along with Goodwin Procter LLP, represents Defendants Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc. (collectively "DRL") in the above-referenced consolidated Civil Action No. 17-7111. We write to provide the attached joint letter on behalf of DRL and Alvogen, which was recently filed in the above-referenced consolidated Civil Action No. 17-7106 (ECF No. 377), to also ensure entry on this docket. The attached letter responds to Plaintiffs' request for leave to serve third-party subpoenas on the Defendants. (ECF No. 485, Civ. No. 17-7111) We thank the Court for its consideration and assistance in this matter.

                                      Respectfully submitted,

                                      LERNER, DAVID, LITTENBERG,
                                       KRUMHOLZ & MENTLIK
                                      *Attorneys for Defendants Dr. Reddy's*
                                      *Laboratories S.A. and Dr. Reddy's Laboratories, Inc.*

                                       By:_____
                                            Aaron S. Eckenthal

ASE
Attachment

    cc:    All Counsel of Record (via ECF and e-mail)

6797157_1.docx