

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6822<br>
wbaton@saul.com<br>
www.saul.com

April 19, 2021

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse, Room 4040
50 Walnut Street
Newark, New Jersey 07102

    Re:  *Indivior Inc., et al. v. Dr. Reddy's Laboratories S.A., et al.*, Civ. No. 17-7111

Dear Judge Waldor:

    This firm, together with Covington & Burling LLP, represents plaintiffs Indivior Inc. and Indivior UK Limited (collectively, "Indivior") in the above-captioned matter.  In advance of the April 22, 2021 hearing, we write to identify the parties' submissions to the Court on the pending disputes between Indivior and Dr. Reddy's:

- RFA Dispute: Dkt. Nos. 452, 456, 462
- Mayank Nagar Deposition Dispute: Dkt. No. 474

    We look forward to discussing these issues on April 22.  Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
/s/ William C. Baton<br>
William C. Baton

cc:    All Counsel (via e-mail)